X FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 1 2 2011

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | CR 11-1771 PHX NVW |
|---|---|
| Plaintiff, | **INFORMATION** |
| v. | VIO: 18 U.S.C. § 924(a)(1)(A) |
| Christopher Patrick Mathwig, | (False Statements in Connection With Acquisition of Firearms) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

Beginning on or about 2005 and continuing to 2007, in the District of Arizona, defendant CHRISTOPHER PATRICK MATHWIG, in connection with the acquisition of the firearms listed below, from Cavalry Arms Corporation, a.k.a. Calvary Arms Corporation, located at 723 West Commerce Avenue, Gilbert, Arizona, a federally licensed firearms dealer, did knowingly make false statements with respect to the information required by Title 18, United States Code, Chapter 44, to be kept in the records of federally licensed firearms dealers, that is, defendant CHRISTOPHER PATRICK MATHWIG, executed Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473's representing that he was a resident of the State of Arizona when, in truth and in fact, as defendant CHRISTOPHER PATRICK MATHWIG well knew, that was not true.

| | Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|---|
| 1. | Glock | 17 | 9mm | Pistol | CUL274US |
| 2. | Cavalry Arms Corporation | CAV-15 | .223 | Rifle | C-1035 |
| 3. | Ruger | SP101 | 38 | Pistol | 570-34493 |
| 4. | Colt | 1911 | .45 | Pistol | SG05599E |
| 5. | Glock | 34 | 9mm | Pistol | HKM829 |
| 6. | Mossberg | 500A | 12 gauge | Shotgun | R705977 |
| 7. | Smith & Wesson | Model 10 | .38 | Revolver | 60235 |
| 8. | Henry Repeating Arms | Golden Boy | .22 | Rifle | GB126578 |
| 9. | Smith & Wesson | M617 | .22 | Pistol | CJS5725 |
| 10. | Glock | 19 | 9mm | Pistol | HYK716 |
| 11. | Remington Arms | 700 LTR | .308 | Rifle | G6578461 |
| 12. | Ameetec Arms | WM-15 | .223 | Rifle | AM000891 |
| 13. | Springfield Armory | 1911A1 | .45 | Pistol | NM200874 |
| 14. | Glock | 19 | 9mm | Pistol | HRL747 |
| 15. | Ruger | Mini-14 | .223 | Rifle | 580-08991 |
| 16. | Mossberg | 590 | 12 gauge | Shotgun | R636941 |
| 17. | Ruger | Model 10/22 | .22 | Rifle | 11343774 |
| 18. | Smith & Wesson | M625 | .45 | Revolver | CJD9770 |
| 19. | Cavalry Arms Corporation | CAV-15 | .223 | Rifle | SUR0075 |
| 20. | Cavalry Arms Corporation | CAV-15 | .223 | Rifle | SEBR-242 |
| 21. | Colt | Single Action Army | .45 | Revolver | S44526A |
| 22. | Henry Repeating Arms | Golden Boy | .44 | Rifle | BB07126C |
| 23. | Colt | Single Action Army | .45 | Revolver | S44524A |

| Manufacturer | Model | Caliber | Type | Serial Number |
|---|---|---|---|---|
| 24. Henry Repeating Arms | Golden Boy | .44 | Rifle | BB19160 |
| 25. Mossberg | 590 | 12 gauge | Shotgun | R818193 |
| 26. Ruger | Model 10/22 | .22 | Rifle | 350-12519 |
| 27. Ruger | Model 10/22 | .22 | Rifle | 350-13880 |
| 28. Glock | 19 | 9mm | Pistol | KVP409 |
| 29. Glock | 19 | 9mm | Pistol | KVP410 |
| 30. Glock | 19 | 9mm | Pistol | KVP411 |
| 31. Glock | 19 | 9mm | Pistol | KVP414 |
| 32. Glock | 19 | 9mm | Pistol | KVP418 |
| 33. Walther | PPK | .380 | Pistol | 1852BAH |
| 34. Century Arms International | WASR-10 | 7.62x39mm | Rifle | GT-2612-76 |
| 35. Century Arms International | WASR-2 | 5.45x39mm | Rifle | 218695-06 |
| 36. Henry Repeating Arms | Big Boy | .357 | Rifle | BB02713M |
| 37. Cavalry Arms Corporation | CAV-15A | 5.56mm | Rifle | CA000011 |
| 38. Cavalry Arms Corporation | CAV-15A | 5.56mm | Rifle | CA000012 |
| 39. Cavalry Arms Corporation | CAV-15A | 5.56mm | Rifle | CA000051 |
| 40. ArmaLite | AR-10T | .308 | Rifle | US235129 |

1  In violation of Title 18, United States Code, Section 924(a)(1)(A).

Dated this 25 day of JULY, 2011.

DENNIS K. BURKE
United States Attorney
District of Arizona

ROBERT K. LU
Assistant U.S. Attorney